# Court of Appeals
# of the State of Georgia

ATLANTA, January 15, 2026

*The Court of Appeals hereby passes the following order:*

### A26A1062. LATASHA L. HARRIS v. THE HOUSING AUTHORITY OF THE CITY OF DECATUR.

The Housing Authority of the City of Decatur sued Latasha L. Harris seeking to recover amounts allegedly owed for utilities and back rent. Following a bench trial, the court found in favor of the Housing Authority and entered a judgment against Harris for $7,381.45. Harris then filed this direct appeal. We lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35(a)(6), (b); *Pathfinder Payment Solutions v. Global Payments Direct*, 344 Ga. App. 490, 490–91 (810 SE2d 653) (2018); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional," *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (citation and punctuation omitted). And "[f]ailure to file an application when one is necessary requires that the appeal be dismissed." *Evans v. Jackson*, 368 Ga. App. 170, 173 (1)(b) (889 SE2d 343) (2023) (citation and punctuation omitted).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__01/15/2026_____*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*